IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MARLEN ROMERO GARCIA, *et al.*, Plaintiffs, v. UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, Defendants. | Civil Action No. 3:26CV246 (RCY) |

**ORDER**

This matter is before the Court following Plaintiffs' filing of an Amended Complaint (ECF No. 15), as authorized by the Court's June 23, 2026 Order. In light of the Amended Complaint, Defendants' pending Motion to Dismiss for Failure to State a Claim (ECF No. 9) and Motion for Summary Judgment (ECF No. 10) are hereby DENIED AS MOOT. Defendants SHALL respond to Plaintiffs' Amended Complaint pursuant to the Federal Rules of Civil Procedure.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Date: June 30, 2026
Richmond, Virginia